■ PEOPLE v MICHAEL JOHNSON. [628 NYS2d 485] —Motion for reargument of the unpublished decision and order entered on March 2, 1995 (Appeal No. 54061), and for an enlargement of time in which to perfect appeal, granted insofar as to recall and vacate this Court's unpublished decision and order entered on March 2, 1995, and to deem appellant's brief properly served and filed for the September 1995 Term, to which Term argument of the appeal is adjourned. Concur—Murphy, P. J., Ellerin, Kupferman, Williams and Tom, JJ.

SECOND DEPARTMENT, JUNE, 1995

(June 5, 1995)

■ TYRELL ADAMS et al., Appellants, v HOLY SPIRIT ASSOCIATION UNIFICATION OF WORLD CHRISTIANITY et al., Respondents. [627 NYS2d 978] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Westchester County (Ingrassia, J.), dated January 10, 1994, which granted the defendants' motion for summary judgment.

Ordered that the order is affirmed, with costs.

The Supreme Court correctly determined that the plaintiffs failed to establish a prima facie case that the plaintiffs suffered "serious injuries" within the meaning of Insurance Law § 5102 (d). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment (see, Gaddy v Eyler, 79 NY2d 955; Licari v Elliott, 57 NY2d 230; Georgia v Ramautar, 180 AD2d 713; Beckett v Conte, 176 AD2d 774). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.